COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00220-CV 

 


 
 
 In re Cortland Perry Morgan
 
 
  
 
 
 RELATOR
  
 
 


------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and motion for
emergency relief and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of
mandamus and motion for emergency relief are denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL: 
GARDNER, DAUPHINOT, and WALKER, JJ.

 

DELIVERED: 
June 29, 2010











    [1]See Tex. R. App. P. 47.4.